UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA      )
                              )
v.                            )      NO. 2:09-CR-05
                              )
LYNCE FOSTER                  )


## O R D E R

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 18, 2010. [Doc. 81]. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that defendant's motion to dismiss the indictment based upon due process and double jeopardy grounds is **DENIED.** [Doc. 66].


ENTER:


s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE