UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:09-CR-05 |
| | ) | |
| LYNCE P. FOSTER | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated November 18, 2010. [Doc. 79]. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that defendant's motion to dismiss the indictment is **DENIED.** [Doc. 24].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE